

# United States Court of Appeals

**FOR THE**
**SECOND CIRCUIT**

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of January, two thousand eight

Before:      Hon. Dennis Jacobs,
                *Chief Judge.*
          Hon. Richard J. Cardamone,
          Hon. Sonia Sotomayor,
                *Circuit Judges,*

Docket No. 06-2432-cv

---

Elaine L. Chao, Secretary of Labor,

              <u>Plaintiff-Appellant,</u>

    - v. -

Gotham Registry, Inc., Gotham Per Diem, Inc.,

              <u>Defendants-Appellees.</u>

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

ON CONSIDERATION WHEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and hereby is AFFIRMED in accordance with the opinion of this Court.

JAN 24 2008
UNITED STATES COURT OF APPEALS
Catherine O'Hagan  Clerk
SECOND CIRCUIT
FILED

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

*Joy Fallek*

Joy Fallek
Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _Dana Nagel_
DEPUTY CLERK

Mandate      3/20/08